UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG,<br><br>       Plaintiff,<br><br>   v.<br><br>KING COUNTY SUPERIOR COURT, et al.,<br><br>       Defendants. | CASE NO. C20-1595-RSM<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $402.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application (Dkt. 1 & 6) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 14th day of December, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION
PAGE - 1